## ADAMS *v.* THE STATE.

*Simmons, C. J.*—The evidence, though somewhat conflicting, was fully sufficient to warrant the verdict, and the newly discovered evidence being solely of an impeaching charactĕr, there was no error in refusing to grant a new trial.

May 13, 1895.                              *Judgment affirmed.*

Indictment for opprobrious words.   Before Judge Brown.   City court of Carrollton.   March term, 1895.

*Cobb & Brother* and *J. L. Cobb,* for plaintiff in error.
*T. A. Atkinson, solicitor-general,* and *Adamson & Jackson,* contra.

---

## LATIMER *v.* THE STATE.

*Atkinson, J.*—There was ample evidence to sustain the verdict of guilty, and the ground of the motion for a new trial relating to newly discovered evidence was without legal merit.

May 13, 1895.                              *Judgment affirmed.*

Indictment for assault and battery.   Before Judge Brown.   City court of Carrollton.   March term, 1895.

*Cobb & Brother* and *J. L. Cobb,* for plaintiff in error.
*T. A. Atkinson, solicitor-general,* and *Adamson & Jackson,* contra.